UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZINAIDA DOLJENKO and GENNADY DOLZHENKO,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>Defendants. | Case No. 2:21-cv-02818-DSF (GJS)<br><br>**JUDGMENT** |

In accordance with the Order Summarily Dismissing Action IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed without prejudice to consideration of its claims in case number CV 20-2088-DSF (GJS).

DATED: May 17, 2021

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE